**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00353-CV

**MRC PERMIAN COMPANY AND JOE FORAN, Appellants**

**V.**

**THREE RIVERS OPERATING COMPANY AND THREE RIVERS ACQUISITION LLC, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12637-A**

## ORDER

We **GRANT** appellees' September 30, 2014 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than November 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/  CRAIG STODDART
    JUSTICE